■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOUVER PELAEZ, Also Known as HUBER PELAEZ, Appellant.— Judgment, Supreme Court, Bronx County (Ira Globerman, J.), rendered June 30, 1989, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the first degree, and sentencing him to 18 years to life, unanimously affirmed.

Trial counsel's decision not to move for a severance was an effective trial strategy that resulted in the dismissal of three out of five counts, including an acquittal on the top count of criminal sale of a controlled substance in the first degree. There was no irreconcilable conflict between the defenses presented by the codefendants requiring severance under the rationale of *People v Mahboubian* (74 NY2d 174), nor was defendant unduly prejudiced or his defense discernably compromised by the introduction of evidence relating solely to the codefendant *(cf., People v Castro-Restrepo,* 169 AD2d 454, *lv denied* 77 NY2d 993).

It therefore cannot be said upon this record that defendant received "less than meaningful representation" *(People v Rivera,* 71 NY2d 705, 708). Concur—Carro, J. P., Milonas, Ellerin and Asch, JJ.